UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
GRACIELA DONCOUSE,                   :
                                     :
                         Plaintiff,  :
                                     :
            -against-                :          ORDER
                                     :
COURT STREET GROCERS 44 LLC, 540 L.G.:          21 Civ. 2679 (GBD)
CORP.,                               :
                                     :
                        Defendants.  :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    The initial conference is adjourned from September 7, 2021 to December 7, 2021 at 9:30 a.m.

Dated: August 30, 2021
      New York, New York

                              SO ORDERED.

                              *George B. Daniels* (signature)
                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE