# THE MARKS LAW FIRM, P.C.

DEC 01 2021

December 1, 2021

**Via: ECF**
Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl St., Courtroom 11A
New York, New York 10007

**SO ORDERED**

The initial conference is adjourned until February 8, 2022 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

DEC 01 2021

**RE:   Graciela Doncouse v. Court Street Grocers 44 LLC et al**
Docket: 1:21-cv-2679-GBD

Dear Judge Daniels,

Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for December 7, 2021. To date, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved in the above referenced matter. The Defendants were properly served through the secretary of state and Plaintiff has made attempts to contact Defendants to no avail. Therefore, Plaintiff requests an adjournment of the initial conference and time to make a motion for default. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks

54 W 40th Street, Suite 1131 New York, New York 10018
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com