SDNY

DOCUMENT

FILED **MAR 21 2022**

# THE MARKS LAW FIRM, P.C.

March 16, 2022

**SO ORDERED**

The initial conference is adjourned until
May 4, 2022 at 9:45 a.m.

*George B. Daniel* MAR 2 1 2022
HON. GEORGE B. DANIELS

<u>Via ECF:</u>
Hon. George B. Daniels
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

**RE:** <u>Graciela Doncouse v. Court Street Grocers 44 LLC et al</u>
Index: 1:21-cv-2679-GBD

Dear Judge Daniels,

Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for March 23, 2022 at 9:45am. Plaintiff recently filed an amended complaint and is in the process of serving the amended complaint. Therefore, plaintiff requests a thirty (30) day adjournment of the initial conference. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

---

155 E 55th Street Suite 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com