# THE MARKS LAW FIRM, P.C.

April 27, 2022

**SO ORDERED**

**Via: ECF**
Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl St., Courtroom 11A
New York, New York 10007

The status conference is adjourned until June 8, 2022 at 10:15 a.m.

MAY 0 3 2022

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

RE:   **Graciela Doncouse v. Court Street Grocers 44 LLC et al**
Docket: 1:21-cv-2679-GBD

Dear Judge Daniels,

Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for May 4, 2022. To date, defendants have not appeared, answered or otherwise moved in the above referenced matter. Plaintiff previously had a phone conversation in January 2022 with "Eric Finkelstein," agent/owner for Court Street Grocers regarding the matter, but has had no other contact with defendants. Plaintiff requests time to make additional attempts to contact defendants prior to moving for default. Therefore, Plaintiff requests an adjournment of the initial conference. If defendants do not appear, answer or otherwise move within thirty (30) days, Plaintiff will move for default. This is the last request of its kind.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

155 E 55th Street, Suite 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com