# THE MARKS LAW FIRM, P.C.

June 5, 2022

**Via ECF**
Hon. George B. Daniels
United States District Court Judge
Southern District of New York

> **RE: Graciela Doncouse v. Court Street Grocers 44 LLC et al**
> Docket: 1:21-cv-02679-GBD

Dear Judge Daniels,

    Plaintiff respectfully requests and adjournment of the initial conference currently scheduled for June 8, 2022 at 10:15am. Plaintiff was previously in contact with the principal of Defendants office, and continue to make efforts (email and calls). To date, Defendants have not retained counsel, appeared, answered, or otherwise moved in the above referenced matter. Plaintiff requests additional time to follow up with defendants and continue its efforts. Therefore, Plaintiff requests a thirty (30) day adjournment of the initial conference to give Defendants time to retain counsel and appear in this action.

    We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

**SO ORDERED**

The initial conference is adjourned to
July 13, 2022 at 9:45 a.m.

*[Signature]* George B. Daniels   JUN 0 6 2022

155 East 55th St, Suite 6A, New York, NY 10022; and
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com