**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

GRACIELA DONCOUSE,

              Plaintiff,

    -against-                              ORDER

COURT STREET GROCERS 44 LLC, 540 L.G.   21 Civ. 02679 (GBD)
CORP., LAGUARDIA PLACE, LLC

              Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Answer from LaGuardia Place, LLC is due November 14, 2022. The October 25, 2022 initial conference is adjourned until November 16, 2022 at 9:30 AM.

Dated: OCT 11 2022
New York, New York

                                                 SO ORDERED.

                                                 GEORGE B. DANIELS
                                                 United States District Judge