UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GRACIELA DONCOUSE,

                     Plaintiff,

       -against-                                ORDER

COURT STREET GROCERS 44 LLC, 540 L.G.       21 Civ. 02679 (GBD)
CORP., LAGUARDIA PLACE, LLC

                     Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's active docket if an application to restore is made within sixty (60) days.

      All conferences previously scheduled are adjourned *sine die*. The Clerk of Court is directed to close the open letter motion at ECF No. 56.

Dated: New York, New York

      NOV 0 9 2022

                                                            SO ORDERED.

                                                            *George B Daniels*
                                                           GEORGE B. DANIELS
                                                           United States District Judge